# Exhibit 1

## IP Certificates

# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,870,015**

**Registered Oct. 11, 2022**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Pine 9 Solutions LLC  (NEW HAMPSHIRE LIMITED LIABILITY COMPANY)
87 Gillis Street
Nashua, NEW HAMPSHIRE 03060

CLASS 28: Fishing harnesses; Fishing pole holders worn on the body; Fishing rod cases; Fishing rod holders

FIRST USE 12-23-2020; IN COMMERCE 12-23-2020

The color(s) black, white and red is/are claimed as a feature of the mark.

The mark consists of the literal element Pine9 with Pine being in white and 9 in red and the image of a pine tree in white over the "i" with an arrow inside the tree, all on a black background.

SER. NO. 97-015,961, FILED 09-07-2021



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# Pine 9 Holsters - Copyright Summary

| S/No | Image | Title | Registration Number | Registration Date |
|---|---|---|---|---|
| 1. | | HYR-1 | VA0002451615 | 07/08/2025 |
| 2. | | HYR-2 | VA0002451615 | 07/08/2025 |
| 3. | | HYR-3 | VA0002451615 | 07/08/2025 |

| | | | | |
|---|---|---|---|---|
| **4.** |  | HYR-4 | VA0002451615 | 07/08/2025 |
| **5.** |  | HYR-5 | VA0002451615 | 07/08/2025 |
| **6.** |  | HYR-6 | VA0002451615 | 07/08/2025 |

| | | | | |
|---|---|---|---|---|
| **7.** |  | HYR-7 | VA0002451615 | 07/08/2025 |
| **8.** |  | HYR-8 | VA0002451615 | 07/08/2025 |
| **9.** |  | HYR-9 | VA0002451615 | 07/08/2025 |

| | | | | |
|---|---|---|---|---|
| 10. |  | HYR-10 | VA0002451615 | 07/08/2025 |
| 11. |  | HYR-11 | VA0002451615 | 07/08/2025 |
| 12. |  | HYR-12 | VA0002451615 | 07/08/2025 |

| | | | | |
|---|---|---|---|---|
| **13.** |  | HYR-14 | VA0002451615 | 07/08/2025 |
| **14.** |  | HYR-16 | VA0002451615 | 07/08/2025 |
| **15.** |  | HYR-17 | VA0002451615 | 07/08/2025 |

| | | | | |
|---|---|---|---|---|
| **16.** |  | HYR-18 | VA0002451629 | 07/08/2025 |
| **17.** |  | HYR-19 | VA0002451629 | 07/08/2025 |

| 18. |  | HYR-20 | VA0002451629 | 07/08/2025 |

**Registration Number**

# VA 2-451-615

**Effective Date of Registration:**
July 08, 2025

**Registration Decision Date:**
July 08, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 15, 2021 to February 15, 2021

### Title

| | |
|---|---|
| **Title of Group:** | Pine 9 Holsters 2021 |
| **Number of Photographs in Group:** | 15 |
| • **Individual Photographs:** | HYR-1, HYR-2, HYR-3, HYR-4, HYR-5, HYR-6, HYR-7, HYR-8, HYR-9, HYR-10, HYR-11, HYR-12, HYR-14, HYR-16, HYR-17 |
| **Published:** | February 2021 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | February 15, 2021 |
| **Latest Publication Date in Group:** | February 15, 2021 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| • **Author:** | Pine 9 Solutions LLC |

Page 1 of 2

**Registration Number**

## VA 2-451-629

**Effective Date of Registration:**
July 08, 2025

**Registration Decision Date:**
July 08, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   April 15, 2022 to April 15, 2022

### Title _____

| | |
|---|---|
| **Title of Group:** | Pine 9 Holsters 2022 |
| **Number of Photographs in Group:** | 3 |
| • **Individual Photographs:** | HYR-18, HYR-19, HYR-20 |
| **Published:** | April 2022 |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Earliest Publication Date in Group:** | April 15, 2022 |
| **Latest Publication Date in Group:** | April 15, 2022 |
| **Nation of First Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Pine 9 Solutions LLC |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Pine 9 Solutions LLC<br>3 Pine Street Extension, Unit I, Nashua, NH, 03060, United States |

Page 1 of 2