IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PINE 9 SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCATIONS IDENTIFIED IN SCHEDULE "A"<br><br>Defendants. | Case No. 2:25-cv-00543-PPS-JEM<br><br>Judge Phillip P. Simon<br>Magistrate Judge John E. Martin |

**PLAINTIFF'S MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

Plaintiff Pine 9 Solutions LLC. ("Plaintiff") respectfully requests extension of the Temporary Restraining Order ("TRO") [24], currently in force in this matter pursuant to the Court's discretion under Fed. R. Civ. P. 65(b)(2). In support of the motion, Plaintiff states:

1. On December 23, 2025, the Court granted Plaintiff's motion for an *ex parte* TRO and entered a sealed TRO [24] on December 23, 2025. The TRO expires on January 6, 2026.

2. On December 24, 2025, Plaintiff served the sealed order, Complaint, and subpoena on Alibaba, AliExpress, Amazon, eBay, Shein, Shopify, Temu, Walmart, Wish, PayPal and Stripe via email. The TRO and Plaintiff's email communication requested that the addressed sites: (1) freeze the assets in the accounts of any Defendant identified on Schedule "A" of the Complaint, and (2) provide Plaintiff information regarding the named Defendants, specifically, their email addresses, other contact information, the amounts frozen in each Defendant's account, and the number of sales of infringing goods.

3. As of the filing of this motion, Temu and Shopify have responded but have not produced the requested documents and information. As of the filing of this motion, Alibaba,

Aliexpress, Amazon eBay, Shein, Walmart, Wish, PayPal and Stripe have not responded and or produced the requested documents and information.

4. Defendants will be served with the Summons, sealed Complaint, and sealed TRO as the platforms and processors produce information to Plaintiff.

5. Until Plaintiff receives notice from the platforms that the asset freeze ordered by the Court has taken place and they have provided complete identifying information regarding the Defendants so that the Plaintiff can serve them, the same circumstances that necessitated entry of the TRO continue to apply.

6. This Court has the power and discretion to "for good cause, extend the TRO for a like time," which, in this instance, is an additional fourteen (14) days. Fed. R. Civ. P. 65(b)(2).

7. Plaintiff submits that good cause exists to extend the TRO to and including January 20, 2026. Plaintiff has not yet received complete information from the e-commerce platforms and therefore has been unable to serve the Summons, Complaint, and TRO upon the Defendants. Once the Defendants have been served, Plaintiff will move the Court to enter a preliminary injunction and unseal all documents sealed by the Court's order [24].

WHEREFORE, Plaintiff respectfully requests that this Court enter an order extending the current TRO for an additional fourteen (14) days, to and including January 20, 2026.

Dated: December 30, 2025

Respectfully submitted,

Counsel for Plaintiff Uplifting Essentials LLC

 /s/ Minh C. Wai, Esq.
State Bar No. 22780-45
Quintairos, Prieto, Wood & Boyer, P.A.
9111 Broadway, Suite RR #2
Merrillville, IN 46410
Tel. (219) 387-0090
Fax (219) 387-0091
Email: minh.wai@qpwblaw.com

<u>Of Counsel:</u>
/s/ James E. Judge
Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 W. Washington St., Ste. 800
Chicago, IL 60602
(312) 724-8874
jjudge@fleneriplaw.com
