# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| PINE 9 SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", <br><br> Defendants. | Case No. 2:25-cv-543-PPS-JEM <br><br> Judge Phillip P. Simon <br> Magistrate Judge John E. Martin |

## PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT

Plaintiff Uplifting Essentials, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendant: Office Home Living Hall (203) ("Settling Defendant") with prejudice.

Plaintiff is dismissing Settling Defendant because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendant has neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: January 20, 2026               Respectfully submitted,

Counsel for Plaintiff Pine 9 Solutions LLC,

/s/ Minh C. Wai, Esq.
State Bar No. 22780-45
Quintairos, Prieto, Wood & Boyer, P.A. 9111 Broadway, Suite RR #2
Merrillville, IN 46410
Tel. (219) 387-0090
Fax (219) 387-0091
Email: minh.wai@qpwblaw.com

Of Counsel:

By:   /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874

2