IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| PINE 9 SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>Defendants. | Case No. 2:25-cv-543-PPS-JEM<br><br>Judge Phillip P. Simon<br>Magistrate Judge John E. Martin |

**PLAINTIFF'S NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS**

Plaintiff Pine 9 Solutions, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following Defendants ("Collectively Settling Defendants") with prejudice:

| Merchant Name | DOE No. |
|---|---|
| GianiaChi | 101 |
| Erfida | 118 |
| bibliophiled | 173 |
| apocryphall | 174 |
| anachronismy | 176 |
| ceilings | 196 |
| JIEJIELA | 213 |
| WorldlyWondersShop local | 216 |
| winstins | 224 |
| Yuflying | 225 |
| MTSTAR | 238 |
| BGG supply | 242 |
| BGGT Happy Shopping | 243 |
| puretopone | 247 |
| shopdans | 250 |
| PRAYTET Co., Ltd | 265 |
| ChangyiF | 267 |

Plaintiff is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: January 30, 2026

Respectfully submitted,

Counsel for Plaintiff Pine 9 Solutions LLC,

By: */s/ Minh C. Wai, Esq.*
State Bar No. 22780-45
Quintairos, Prieto, Wood & Boyer, P.A. 9111 Broadway, Suite RR #2
Merrillville, IN 46410
Tel. (219) 387-0090
Fax (219) 387-0091
Email: minh.wai@qpwblaw.com

Of Counsel:

By: */s/ James E. Judge*

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874