# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

PINE 9 SOLUTIONS, LLC,

        Plaintiff,

        v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

        Defendants.

Case No. 2:25-cv-543-PPS-JEM

Judge Phillip P. Simon
Magistrate Judge John E. Martin

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Pine 9 Solutions, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against Defendant: cengjuan (262) ("Settling Defendant") with prejudice.

Plaintiff is dismissing Settling Defendant because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendant has neither filed an answer to the complaint nor otherwise pled. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: May 8, 2026

Respectfully submitted,

Counsel for Plaintiff Pine 9 Solutions LLC,

/s/ Minh C. Wai, Esq.
State Bar No. 22780-45
Quintairos, Prieto, Wood & Boyer, P.A. 9111
Broadway, Suite RR #2
Merrillville, IN 46410
Tel. (219) 387-0090
Fax (219) 387-0091
Email: minh.wai@qpwblaw.com

Of Counsel:

By:   /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
jjudge@fleneriplaw.com
(312) 724-8874